UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

Regina Smith

16CV 9916

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

**-against-**

NSA - Gloria Wood, Mitch Strong, John Wilson, Tracy Overby, Brad Wheeler, Eric Johanson, Craig McKenzie, Marshell Watts, Jamal Jamison, Marlin Jenkins, Jamie Pessin, Sarah Rushing, Christopher Boyd, "Vc" Alvin Harrison, ~~Seth~~ Nada Payne, Taresia Green, John Singleton, Denzil Washington, Michelle Green, Brian Murphy, Jason Temple, Tracey Ann Gresbourne, La'Cresha Johnson, Ras Baraka, Sanaa Lathan, Sandi Pessin Boyd, James Dowd, Patrick Pitts, Ben Affleck, Sen Garner

Sean Owens, Hilda Owens, Sean Coombs, Michael Brown, Craig McKenzie, Wyonna Ruteledge, Eva Cansona

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
DEC 22 2016
U.S.D.C.
WP

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

RECEIVED
DEC 23 2016
PRO SE OFFICE

Plaintiff
Name Regina Smith
Street Address 19 Washington Ave
County, City Westchester, New Rochelle
State & Zip Code N.Y 10801
Telephone Number 914 633-0411

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name NSA - Verizon
Street Address

*Rev. 05/2010*

County, City ______
State & Zip Code ______
Telephone Number ______

Defendant No. 2 — Name: Mitchell Strong, Sanaa Lathem
Street Address ______
County, City: Westchester Bronxville
State & Zip Code ______
Telephone Number ______

Defendant No. 3 — Name: Ras & La'Cresha Baraka
Street Address ______
County, City: New Rochelle
State & Zip Code: N.Y
Telephone Number ______

Defendant No. 4 — Name: Eric Johnson, Gloria Wood
Street Address ______
County, City: Brooklyn
State & Zip Code ______
Telephone Number ______

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ______

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ______
Defendant(s) state(s) of citizenship ______

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.



Kidnap, Rape, Baby Breeding / Smuggling, Medical Testing
False imprisonment, Child Abuse Molestation, Various Torture, Setting on Fire, Shooting, Stabbing with

Swoards, Rat Poisonings, Human trafficking, force eating bugs
Educational Neglect, medical Neglect, Gang Rapes, Sexual Abuse
Selling & Stealing babies

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Starting in Mt. Vernon, Bronxville, Yonkers, Bronx & Brooklyn

B. What date and approximate time did the events giving rise to your claim(s) occur? Nov - 2014

C. Facts: Assata was Kidnapped by Mitch Strong, Gloria Wood Patrick Pitts from Mt. Vernon, N.Y. Bryce was molested at his Grandmothers House then sold to the "Pedophile Group" a year later by his Aunt Sandi Boyd, Uncles Jamie Pessin, Chris Boyd and Grandmother Sarah Rushing.
Many people beat, raped, tortured. Bryce was injected with heroin by Captain Eric Johansen & rapist Ras Baraka Assata was repeatedly gang raped for 2 1/2 years thrown in Rikers Island 9 times on false charges. Both were starved and trafficked. They both are tattoed jailed in Rikers - Bryce at 14 years old. Thrown in Belvue Mental Institution. My daughter was forced to have 9 or 10 babies that were taken from her. Her hair is shaved. They changed both of their names. Banned them from attending school, coming back to Westchester. Daily beatings, Various Gang rapes. My sister Michelle Green and Nada Payne saw alot. About 35 people are involved

What happened to you?

Who did what? Everyone is violent

Was anyone else involved? 35+

Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Broken bones, tattoos Babies snatched thru "home" C-Sections. STDS Denial of food and Medical treatment. Under weight 22 years old. Educational Neglect

Rev. 05/2010

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I want my Children & Grand children. They were railroaded from me on False Neglect Charges in to the "System" and Abusive family members I want Mitchell Strong, Eric Johanson FIRED They are human traffickers, Rapists, baby Smugglers Ras & La'Cresha should be Jailed first, this was their idea. I want at least 3 million dollars. My Kids have been tortured, their lives will never be the same I want my daughter to have visitation and custody of her children. They will need therapy and a decent health care.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 22 day of December, 2016

Signature of Plaintiff: Regina Smith

Mailing Address: 19 Washington Ave, New Rochelle N.Y

Telephone Number: 914, 633, 0010

Fax Number *(if you have one)* ______

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ______

Inmate Number ______