UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA SMITH,

      Plaintiff,

  -against-

NSA, et al.,

      Defendants.

16-CV-9916 (UA)

ORDER GRANTING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

 Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C. § 1915.

SO ORDERED.

Dated: January 3, 2017
    New York, New York

                COLLEEN McMAHON
                Chief United States District Judge